ROBERT B. BARTON *v.* CITY OF NORWALK

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 719 (AC 31113), is denied.

*Linda M. Guliuzza,* assistant corporation counsel, and *Robert F. Maslan, Jr.,* corporation counsel, in support of the petition.

*Elliott B. Pollack* and *Megan Youngling Carannante,* in opposition.

Decided November 17, 2011

CITIBANK, N.A., TRUSTEE (SACO 2007-2) *v.* DEBRA LINDLAND, EXECUTRIX (ESTATE OF MADLYN LANDIN), ET AL.

The petition by the defendants Robert Olsen and 17 Ridge Road, LLC, for certification for appeal from the Appellate Court, 131 Conn. App. 653 (AC 32723), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked the equitable authority to open a judgment of foreclosure by sale under the circumstances of this case?"

The Supreme Court docket number is SC 18885.

*David A. Ball, Barbara M. Schellenberg* and *Philip C. Pires,* in support of the petition.

*Peter A. Ventre,* in opposition.

Decided November 17, 2011